IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



ALBERT HURT                                                                                                 PLAINTIFF

VS.                                                                        CIVIL ACTION NO.: 3:04CV741 HTW

TOTAL TRANSPORTATION INC.                                         DEFENDANT

## AGREED ORDER

Before the court is the joint motion of the parties to continue the trial from the May 9, 2006, calendar. The court has reviewed the motion and finds it to be well taken. It is, therefore,

**ORDERED AND ADJUDGED**: That this case is hereby continued from the May 9, 2006, trial calendar until _September 11, 2006_, and all deadlines regarding this matter will also be extended and/or continued. Counsel are directed to communicate with the Magistrate Judge to receive those new deadlines.

**SO ORDERED** this the 29th day of _November_, 2005.

_____
HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE